■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HAIGLER, Appellant. [984 NYS2d 595]—Judgment of resentence, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered August 2, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 20 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Acosta, Andrias, DeGrasse and Richter, JJ.